IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MARTHA DIANE DAUGHERTY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:14-cv-1349 |
| | ) | Judge Trauger |
| SUMNER COUNTY BOARD OF EDUCATION | ) ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

Upon the reassignment of this case to Judge Trauger (Docket No. 5), the reference to the magistrate judge is WITHDRAWN, and the initial case management conference scheduled before the magistrate judge on August 25, 2014 is CANCELLED.

It is further ORDERED that the Clerk shall issue Judge Trauger's standard notice, setting this case for an initial case management conference before her.

It is so **ORDERED.**

Enter this 29th day of July, 2014.

_____
ALETA A. TRAUGER
U.S. District Judge